UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARNETTA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:19-CV-2470-G (BN) |
| CITY OF DALLAS, AND CPS, ) | |
| Whomever is stealing blood, ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint within 14 days from the date of this order. If she fails to do so, her action will be dismissed without further notice.

**SO ORDERED.**

November 15, 2019.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**